IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07CR270-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| RONALD W. SMITH, III | ) | INFORMATION |

The United States Attorney charges that:

On or about the 7h of July 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, RONALD W. SMITH, III did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a PC Memory Card, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

_____
EMILY M. RUIS ANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| STATE OF ALABAMA | ) | AFFIDAVIT |
|---|---|---|
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 7th of July 2007, at approximately 2:42 P.M., SPC Ockletree and I received a call to go the PX to handle a shoplifting incident. Upon arrival, we met with Mrs. Linda Scott, PX Security, and she showed us a video of RONALD W. SMITH, III. The video showed SMITH take a PC Memory Card from the shelf, cut the memory card packaging, place it under the video card box, remove the PC Memory Card from the plastic, and place the memory card into his back pocket. SMITH then proceeded to walk around the store before leaving. SMITH exited the store without rendering payment for the item. SMITH was detained by PX Security, later apprehended and brought to the MP Station where he was advised of his legal rights. SMITH was advised of his legal rights and wrote a statement regarding the incident. He was further processed and released on his own recognizance. The PC Memory Card was returned to AAFES stock; the estimated value is $60.00.

ROBERT E. CARTER, SR., SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this ___3rd___ day of ___Oct___ 2007.

NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS