IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR CASE NO.:1:07cr270-WC |
| ) | |
| RONALD W. SMITH, III ) | |

### AMENDED ORDER ON MOTION

For good cause, it is

ORDERED that the Defendant's Motion to Continue Trial, filed on February 29, 2008 (Doc #14), is GRANTED and the trial in this case currently scheduled for March 10, 2008 at l0:00 a.m. is continued generally.  Counsel for the parties shall file a joint status report as relates to pretrial diversion in this case by March 31, 2008.

DONE this 29th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE