UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:07-CR-00270-WC |
| ) | |
| RONALD W. SMITH, III ) | |

## MOTION FOR LEAVE TO FILE STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Information was filed on October 29, 2007.

2. Mr. Smith was arraigned on January 8, 2008.

3. Mr. Smith submitted a request for pre-trial diversion on January 18, 2008.

4. A pre-trial diversion agreement was signed on March 18, 2008.

5. A motion to dismiss was filed on March 27, 2008.

Respectfully submitted this the 28th day of March, 2008.



THIS 28th DAY OF March, 2008
UNITED STATES MAGISTRATE JUDGE
**MOTION GRANTED**

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil